

# Fourth Court of Appeals
## San Antonio, Texas

March 13, 2020

No. 04-19-00869-CR

**EX PARTE RICARDO GONZALES,**
Appellant

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR13554
Honorable Jefferson Moore, Judge Presiding

## O R D E R

On March 11, 2020, appellant filed his appellant's brief. The brief does not comply with Rule 38.1 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 38.1. Specifically, the brief violates Texas Rule of Appellate Procedure 38.1 because it does not contain a statement of facts "supported by record references" or a legal argument "with appropriate citations to . . . the record." *See id.* R. 38.1(g), 38.1(i).

Accordingly, we **ORDER** appellant's brief **STRICKEN** and **ORDER** appellant to file an amended brief in this court complying with Rule 38.1 by **April 13, 2020** or this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.9, 42.3.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of March, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court